No. 83–5517. BLATCHFORD *v.* WINANS, WARDEN. Appeal from Sup. Ct. N. M. dismissed for want of jurisdiction. Treating

the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.